IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00666-WJM-KLM

DESIREE COFRAN, on behalf of herself and all similarly situated persons,

    Plaintiff,

v.

ARNESS, INC., d/b/a THE SILVER GRILL, a Colorado corporation,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion to Vacate Scheduling Conference and Stay Proceeding 90 Days** [Docket No. 20; Filed October 14, 2011] (the "Motion").  In support of their Motion, the parties represent that they are finalizing a settlement agreement that would fully dispose of this matter.  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Scheduling Conference set for October 18, 2011 at 10:00 a.m. is **VACATED** and **RESET** to **February 6, 2012** at **11:00 a.m.** in Courtroom C-204 of the Byron G. Rogers United States Courthouse.

    IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to the District of Colorado Electronic Case Filing ("ECF") Procedures.  The parties shall submit the proposed scheduling order no later than **February 1, 2012**.

    IT IS FURTHER **ORDERED** that, for good cause shown, this matter is **STAYED** for ninety (90) days, commencing on October 14, 2011 and continuing through January 12, 2012.

    Dated:  October 14, 2011