### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge William J. Martínez

Civil Action No. 11-cv-00666-WJM-KLM

DESIREE COFRAN,

    Plaintiff,

v.

ARNESS, INC., a Colorado Corporation d/b/a The Silver Grill

    Defendant.

_____

### ORDER GRANTING STIPULATED MOTION TO DISMISS
_____

This matter is before the Court on the Parties' Stipulated Motion to Dismiss filed January 13, 2012 (ECF No. 24). The Court being fully advised hereby ORDERS as follows:

The above-captioned matter is DISMISSED WITH PREJUDICE. Each party shall pay her or its own attorney's fees and costs.

Dated this 17th day of January, 2012.

BY THE COURT:

_____
William J. Martínez
United States District Judge